UNCLAIMED FUNDS

60713

FILED
2010 JUL 22 PM 12: 35

JULY 21, 2010

05-65875   RANDALL WORKMAN
           GLENNA WORKMAN
           CREDITOR DID NOT CASH CHECK
           CHECK #439129 FOR $48.94
           SHOP AT HOME
           PO BOX 305249
           NASHVILLE, TN  37230